UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FILED
2020 FEB 12 PM 4: 13
U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** (One Count) |
| | ) | |
| v. | ) | Case No.: 3:20CR14 |
| | ) | |
| TIELER JEFFERIES | ) | 18 U.S.C. § 1001(a)(2) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about November 16, 2019, in the Northern District of Indiana,

**TIELER JEFFERIES,**

defendant herein, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by telling Task Force Officer Bayne Bennett, Bureau of Alcohol, Tobacco, Firearms and Explosives, that:

1) Nobody had fired any gunshots from a vehicle Jefferies was riding in.

2) Tieler Jefferies did not know anything about any firearms found in the vehicle he was riding in.

3) Tieler Jefferies had not possessed any firearms.

These statements and representations were false because, as Tieler Jefferies then and there knew, he had possessed a .22LR Ruger handgun, that handgun had been used to fire gunshots only moments before, and another handgun found in the vehicle had also been used to fire gunshots only moments before.

These false statements were made to Task Force Officer Bennett during a Federal investigation into the possession and use of firearms.

All in violation of Title 18, United States Code, Section 1001(a)(2).

Dated: February 12, 2020

A TRUE BILL:

*s/ Grand Jury Foreperson*

_____
Grand Jury Foreperson

APPROVED BY:

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

*s/ Joel Gabrielse*
By: _____
Joel Gabrielse
Assistant United States Attorney